# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA (Fresno)



FILED
APR 4 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

| | |
|---|---|
| TONY PENN,<br><br>　　Plaintiff - Appellant,<br>v.<br><br>DAVID, C.O.; et al.,<br><br>　　Defendants - Appellees. | No. 07-15376<br>D.C. No. CV-06-00662-AWI<br><br>**ORDER** |

This appeal has been taken in good faith   [ ✓ ]

This appeal is not taken in good faith    [ ]

Explanation: _____

_____

_____

_____

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Judge
　　　　　　　　　　　　　　　　　　United States District Court

　　　　　　　　　　　　　　　　　　Date: _4-3-07_